RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2017 SEP 15 AM 11: 09
S.D. OF N.Y.

_____

Headhunter LLC
_____
Write the full name of each plaintiff or petitioner.

-against-

Doe 74.89.171.208
_____
_____
Write the full name of each defendant or respondent.

Case No. 17 CV 05895 (PAE)

NOTICE OF MOTION quash

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1
DATE FILED: 9/15/17

PLEASE TAKE NOTICE that  defender    Doe 74.89.171.208
                         plaintiff or defendant   name of party who is making the motion

requests that the Court:

I would like your court to quash a subpoena against Doe 74.89.171.208
_____
Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

9/15/17                                    Doe 74.89.171.208
_____                                  _____
Dated                                      Signature

_____                          _____
Name                                       Prison Identification # (if incarcerated)

_____  _____  _____  _____
Address            City           State    Zip Code

_____                          _____
Telephone Number (if available)            E-mail Address (if available)

SDNY Rev: 5/24/2016